November 17, 2015



# JUDGMENT

## The Fourteenth Court of Appeals

DARLENE SCOTT MCCRAY AND AARON MCCRAY, Appellants

NO. 14-15-00779-CV                    V.

TRUNG NGUYEN, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on August 31, 2015. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellants, Darlene Scott McCray and Aaron McCray.

We further order this decision certified below for observance.